

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2021

No. 04-19-00714-CV, 04-19-00715-CV, 04-19-00716-CV

The **STATE** of Texas ex. rel. Todd A. Durden, In His Official Capacity as County Attorney,
Appellant

v.

James T. 'Tully' **SHAHAN**, In His Official Capacities as County Judge; Mark Frerich, In His
Official Capacity as County Commissioner; Joe Montalvo, In His Official Capacity as County
Commissioner; Dennis Dodson, In His Official Capacity as County Commissioner; Tim Ward,
In His Official Capacity as County Commissioner; Kinney County Commissioners Court and
Kinney County,
Appellee

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 4845, 4863, 4866
Honorable Sid L. Harle, Judge Presiding

# O R D E R

On July 6, 2021, we granted Todd A. Durden's motions for extension of time to file motions for rehearing or motions for en banc reconsideration and set them due on August 5, 2021.

Before the once-extended due date, Todd A. Durden filed opposed second motions for extensions of time to file motions for rehearing or motions for en banc reconsideration until September 6, 2021.

Todd A. Durden's motions for extensions of time to file motions for rehearing or motions for en banc reconsideration are GRANTED. The motions are due on September 7, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2021.



Michael A. Cruz,
Clerk of Court